[No. 12779-6-III.    Division Three.    May 19, 1994.]

CAMERON ALLSTOT, *Appellant*, v. COULEE DAM CIVIL
SERVICE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 92-2-00099-3, Larry W. Larson, J. Pro Tem.,
entered November 16, 1992. *Affirmed* by unpublished opin-
ion per Schultheis, J., concurred in by Thompson, C.J., and
Munson, J.

[Nos. 11586-1-III; 11854-1-III.    Division Three.    May 19, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN
LOERA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO
VALENCIA GARCIA, *Appellant*.

Appeals from judgments of the Superior Court for Benton
County, Nos. 91-1-00049-6, 91-1-00060-7, Albert J. Yencopal
and Carolyn A. Brown, JJ., entered May 3 and August 9,
1991. *Affirmed* by unpublished opinion per Munson, J., con-
curred in by Thompson, C.J., and Schultheis, J.

[No. 15486-2-II.    Division Two.    May 20, 1994.]

THE DEPARTMENT OF LABOR AND INDUSTRIES,
*Appellant*, v. TIMMIE ELTRICH, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-2-02572-9, Robert J. Doran, J., entered
October 18, 1991. *Affirmed* by unpublished opinion per Mor-
gan, C.J., concurred in by Alexander and Houghton, JJ.